NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

RANDALL MARC KORELC, *Petitioner*.

No. 1 CA-CR 14-0656 PRPC
FILED 10-20-2016

Petition for Review from the Superior Court in Maricopa County
No. CR2007-172851-001
The Honorable Connie Contes, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Susan L. Luder
*Counsel for Respondent*

Randall Marc Korelc, San Luis
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Diane M. Johnsen, Judge Jon W. Thompson and Chief
Judge Michael J. Brown delivered the decision of the court.

**PER CURIAM**:

¶1    Randall Marc Korelc petitions for review of the summary dismissal of his petition for post-conviction relief. We have considered the petition for review and, for the reasons stated, grant review but deny relief.

¶2    Following a jury trial, Korelc was convicted of second-degree murder and sentenced to an 18-year prison term. This court affirmed the conviction and sentence on appeal. *State v. Korelc*, 1 CA-CR 11-0184, 2012 WL 2786184 (Ariz. App. July 5, 2012) (mem. decision).

¶3    Korelc commenced a timely proceeding for post-conviction relief and filed a pro se petition in which he asserted a variety of claims, including ineffective assistance of counsel, prosecutorial and judicial misconduct, multiple trial errors and actual innocence. In summarily dismissing the petition, the superior court issued a ruling that clearly identified, fully addressed and correctly resolved the claims. Under these circumstances, we need not repeat that court's analysis here; instead, we adopt it. *See State v. Whipple*, 177 Ariz. 272, 274 (App. 1993) (when superior court rules "in a fashion that will allow any court in the future to understand the resolution[,]" there is no purpose in "rehashing the trial court's correct ruling").

¶4    Accordingly, although we grant review, we deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA